No. 68688.—J. M. Rodgers Co., Inc., and Harris & Sons Steel Co. et al. *v.* United States, protests 60/23385, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of steel sheet coil ends similar in all material respects to those the subject of Abstract 67304, the claim of the plaintiffs was sustained.